# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-161
LT Case No. 2018-CF-5993

_____

GERARD STEWART,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Jessica J. Yeary, Public Defender, and Megan Lynne Long,
Special Assistant Public Defender, Tallahassee, for
Appellant.

Ashley Moody, Attorney General, and Darcy O. Townsend,
Assistant Attorney General, Tallahassee, for Appellee.

March 5, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*